[No. 8722.  Department One.  June 23, 1910.]

HENRY SWIFT, JUNIOR, *Appellant*, v. GEORGE W. SAULSBERRY, *Respondent.*[1]

APPEAL—BOND—AMOUNT—DISMISSAL.  A bond on appeal in the sum of $200, conditioned also as a supersedeas bond, is ineffectual to perfect the appeal, which must be dismissed.

Appeal from a judgment of the superior court for King county, Main, J., entered February 19, 1910.  Dismissed.

*Charles R. Crouch,* for appellant.

*L. Y. Devries,* for respondent.

PER CURIAM.—The appellant has moved to dismiss the appeal, for the reason that the appeal bond is not in form or substance such as to render the appeal effectual.

The point relied upon is that the bond is conditioned both as an appeal and supersedeas, and is in the penal sum of $200.  The motion is granted.  *Hassett v. Fraternal Brotherhood, ante* p. 161, 109 Pac. 305.

The dismissal of the appeal results in no prejudice to the appellant, as we would be required to affirm the case on the merits.

[1]Reported in 109 Pac. 305.